# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 19-1371V
### UNPUBLISHED

| | |
|---|---|
| KRISTIN KELLEY-STANBERRY,<br><br>                    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br>Filed: January 28, 2020<br><br>Special Processing Unit (SPU);<br>Vaccine Rule 21(a); Order<br>Concluding Proceedings |

*Rachel Gusman, Graves, McLain, PLLC Tulsa, OK, for petitioner.*

*Heather Pearlman, U.S. Department of Justice, Washington, DC, for respondent.*

## ORDER CONCLUDING PROCEEDINGS[1]

On January 27, 2020, the Petitioner filed a Notice of Dismissal in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21 (a), the above-captioned case is hereby **dismissed without prejudice**.  The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).  **This means the ruling will be available to anyone with access to the internet.**  In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.
.